FREEMAN et al. v. W. B. WALKER & SONS. (No. 5396.)

(Court of Civil Appeals of Texas. Austin. March 24, 1915.)

APPEAL AND ERROR ☜643—RECORD ON APPEAL — MOTION FOR CERTIORARI — TIME TO FILE.

A motion for certiorari, directed to the clerk of the county court, to send up a copy of original citation, filed nearly 11 months after filing of transcript, comes too late, within Courts of Civil Appeals rule 8 (142 S. W. xi) providing that motions as to informalities in the manner of bringing a case into court shall be filed within 30 days after filing of transcript.

[Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. §§ 2791–2794; Dec. Dig. ☜643.]

Appeal from Travis County Court; Wm. Von Rosenberg, Jr., Judge.

Action between Thos. J. Freeman, receiver, and another, and W. B. Walker & Sons. From a judgment for the latter, the former appealed, and filed a motion for certiorari. Motion overruled.

Fisher & Fisher and Robt. L. Thompson, all of Austin, for the motion.

RICE, J. Appellants have filed a motion for certiorari, directed to the clerk of the county court, to send up a copy of the original citation, which motion was filed in this court on the 5th day of March, 1915. The transcript in this case was filed in this court on April 6, 1914. Rule 8 (142 S. W. xi) for the guidance of this court provides that:

"All motions relating to informalities in the manner of bringing a case into court shall be filed and entered by the clerk on the motion docket within 30 days after the filing of the transcript in the Court of Civil Appeals, otherwise the objection shall be considered as waived, if it can be waived by the parties."

---

☜For other cases see same topic and KEY-NUMBER in all Key-Numbered Digests and indexes

As the motion in this case comes too late, the same is, in all things, overruled. See, also, rules 9 and 10 (142 S. W. xi) for guidance of Courts of Civil Appeals, Harris' Annotated Rules of the Courts. For which reasons the motion is overruled.